Opinion issued August 19, 2008











In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00061-CR

____________


JAYSON BRENT DICKINSON , Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 400th District Court 

Fort Bend County, Texas

Trial Court Cause No. 45674HC






MEMORANDUM OPINION

 Jayson Brent Dickinson appeals from the denial of his pretrial application for
habeas corpus relief in which he was seeking a bond reduction. Appellant was
charged with the felony offense of assault-family violence. 

 Appellant has been convicted of the underlying offense and is no longer subject
to pretrial confinement. See Martinez v. State, 826 S.W.2d 620, 620 (Tex. Crim.
App. 1992); Hubbard v. State, 841 S.W.2d 33, 33 (Tex. App.--Houston [14th Dist.]
1992, no pet.).

 The appeal is dismissed as moot.

PER CURIAM


Panel consists of Justices Taft, Alcala, and Hanks.


Do not publish. Tex. R. App. P. 47.2.(b).